# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Amaala Jones-Bey

**v.**

District of Columbia, et al.

**Case No:** 24-7122, 24-7123

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ● Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Karen Hylton, Plaintiff-Intervenor-Appellee

### Counsel Information

**Lead Counsel:** Charles Gerstein

**Direct Phone:** (202) 670-4809  Fax: ( ) -   **Email:** charlie@gerstein-harrow.com

**2nd Counsel:** Jason Harrow

**Direct Phone:** (323) 744-5293  Fax: ( ) -   **Email:** jason@gerstein-harrow.com

**3rd Counsel:**

**Direct Phone:** ( ) -   Fax: ( ) -   **Email:**

**Firm Name:** Gerstein Harrow LLP

**Firm Address:** 1001 G St. NW, Suite 400E, Washington, DC 20001

**Firm Phone:** (202) 670-4809  Fax: ( ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)