# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Amaala Jones-Bey

v.

District of Columbia, et al.

**Case No:** 24-7122 and 24-7123

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Terence Sutton

### Counsel Information

**Lead Counsel:** Daniel S. Crowley
**Direct Phone:** (202) 745-6893  **Fax:** (202) 232-3704  **Email:** dcrowley@crowleyso.com

**2nd Counsel:** Katelyn A. Clarke
**Direct Phone:** (202) 204-6249  **Fax:** (202) 232-3704  **Email:** kclarke@crowleyso.com

**3rd Counsel:**
**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Crowley So, LLP
**Firm Address:** 1800 M Street NW, Suite 850 S, Washington, DC 20036
**Firm Phone:** (202) 232-1907  **Fax:** (202) 232-3704  **Email:** info@crowleyso.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)