## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| AMAALA JONES-BEY, *et al.*, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Docket Nos.: 24-7122 and 24-7123 |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Appellees. | : | |

## APPELLANT TERENCE SUTTON'S
## <u>NOTICE OF FILING UNDERLYING DECISION</u>

Appellant Terence Sutton, pursuant to the Clerk's August 28, 2024 Order,

respectfully submits the attached underlying decision from which this appeal

arises.

Dated: September 25, 2024          Respectfully submitted,

_____
Daniel S. Crowley, # 989874
Katelyn A. Clarke, # 1780643
Crowley So, LLP
1800 M Street N.W., Suite 850 S
Washington, DC 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
dcrowley@crowleyso.com
kclarke@crowleyso.com

*Attorneys for Appellant Terence Sutton*