# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMAALA JONES-BEY, *et al.*, | : |
| Appellants, | : |
| v. | : Docket Nos.: 24-7122 and 24-7123 |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Appellees. | : |

## APPELLANT TERENCE SUTTON'S CERTIFICATE
## AS TO PARTIES, RULINGS, AND RELATED CASES

Appellant Terence Sutton, pursuant to Circuit Rule 28(a)(1) and the Clerk's August 28, 2024 Order, respectfully submits this Certificate as to Parties, Rulings, and Related Cases.

**I.    PARTIES, INTERVENORS, AND *AMICI CURIAE*.**

The appellants in this consolidated appeal (and defendants below) are Terence Sutton, Carlos Tejera, Ahmed Al-Shrawi, and Corey Novick. Andrew Zabavsky and the District of Columbia are also defendants before the district court.

The appellee in this consolidated appeal (and plaintiff below) is Amaala Jones-Bey, both in her capacity as Personal Representative of the Estate of Karon Hylton-Brown and on behalf of her minor child, Z.J-B.

Karen Hylton is an Intervenor in both this Court and the district court.

There were no *amici* before the district court, and none are currently anticipated in this Court.

## II. RULINGS UNDER REVIEW.

The ruling under review is the July 22, 2024 Order issued by the Honorable Jia M. Cobb, granting in part, and denying in part, the defendants' motions to dismiss. (ECF No. 106.) A memorandum opinion accompanying the order was issued on July 22, 2024. (EFC No. 105.)

## III. RELATED CASES.

The case under review has not previously been before this Court. The case continues to proceed in the district court against other defendants. *Amaala Jones-Bey v. District of Columbia*, U.S. Dist. Ct. Case No. 21-CV-2674-JMC. This case has not been before any other court.

Two other cases have been filed that involve the same or similar parties and issues. All have been consolidated with the case under review. *See Karen Hylton v. District of Columbia*, D.C. Super. Ct. Case No. 2021 CA 004920 B (removed then consolidated); *Karen Hylton v. District of Columbia*, U.S. Dist. Ct. Case No. 22-CV-00551-JMC (consolidated); *Amaala Jones-Bey v. District of Columbia*, U.S. Dist. Ct. Case No. 21-CV-2785-CJN (consolidated).

There is a criminal case before the United States District Court for the District of Columbia based upon the same underlying events and involving some of the same parties. *United States v. Sutton, et al.,* U.S. Dist. Ct. No. 21-CR-598-

PLF. Intervenor Hylton has filed an appeal of that case in this Court, which has been docketed as case number 24-3118.

Dated: September 25, 2024         Respectfully submitted,

_____
Daniel S. Crowley, # 989874
Crowley So, LLP
1800 M Street N.W., Suite 850 S
Washington, DC 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
dcrowley@crowleyso.com

*Attorney for Appellant Terence Sutton*