# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-7122 and 24-7123
2. DATE DOCKETED: 08-28-2024
3. CASE NAME (lead parties only) Amaala Jones-Bey v. District of Columbia
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ⦿ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.  Bankruptcy Court Docket No.  Tax Court Docket No.
      Civil Action 21-CV-2674-JMC   Bankruptcy ___   Tax ___
      Criminal ___   Adversary ___
      Miscellaneous ___   Ancillary ___
   b. Review is sought of:
      ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Jia M. Cobb   Magistrate Judge ___
   d. Date of order(s) appealed (use date docketed): 07-22-2024   e. Date notice of appeal filed: 08-20-2024
   f. Has any other notice of appeal been filed in this case?  ⦿ Yes  ○ No   If YES, date filed: 08-20-2024
   g. Are any motions currently pending in trial court?  ⦿ Yes  ○ No   If YES, date filed: 08-27-2024
      If YES, identify motion Intervenor's Motion to Certify Appeal as Frivolous and Retain Partial Jurisdiction & others
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes  ⦿ No
      If NO, why not? No transcript needed.
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # ___  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes  ○ No  If YES, give each case's court and case name, and docket number:
      Amaala Jones-Bey v. DC, U.S. Dist. Ct. D.C. No. 21-CV-2674-JMC; US v. Sutton, U.S. Dist. Ct. D.C. No. 21-CR-598-PLF
   k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes  ⦿ No
      If YES, give popular name and citation of statute ___
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ⦿ Yes  ○ No   If so, provide program name and participation dates
   The case is currently scheduled for mediation on November 19, 2024, through the district court.

Signature /s/ Daniel Crowley   Date 09-25-2024
Name of Party Terence Sutton
Name of Counsel for Appellant/Petitioner Daniel S. Crowley
Address Crowley So, LLP, 1800 M Street NW, Suite 850 S, Washington, DC 20036
Phone ( 202 ) 232-1907   Fax ( 202 ) 232-3704

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)