369a

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| AMAALA JONES-BEY, *et al.*, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Docket Nos.: 24-7122 and 24-7123 |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Appellees. | : | |

### STATEMENT OF ISSUE TO BE RAISED

Appellant Terence Sutton, pursuant to the Clerk's August 28, 2024 Order, respectfully presents the following statement of the issue to be raised in this appeal:

Whether the district court erred as a matter of law in holding that Defendant Terence Sutton was not entitled to qualified immunity with respect to the Plaintiff Jones-Bey's claim under 42 U.S.C. § 1983 for violation of the Due Process Clause of the Fifth Amendment on the grounds that Plaintiff and Intervenor had alleged that Sutton pursued the decedent Hylton-Brown with the intention "to harass and steal money" from him.

Dated: September 27, 2024                  Respectfully submitted,

Daniel S. Crowley, # 989874
Crowley So, LLP
1800 M Street N.W., Suite 850 S
Washington, DC 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
dcrowley@crowleyso.com

*Attorney for Appellant Terence Sutton*