[ORAL ARGUMENT NOT SCHEDULED]

Nos. 24-7122 & 24-7123

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMAALA JONES-BEY, *et al.*,

*Appellees*,

v.

TERENCE SUTTON, *et al.*,

*Appellants.*

On Appeal from the United States
District Court for the District of Columbia

### UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION

*s/Daniel S. Crowley*
Daniel S. Crowley, Bar No. 989874
CROWLEY SO, LLP
1800 M Street, NW, Ste. 850 S
Washington, D.C. 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
dcrowley@crowleyso.com

*Attorneys for Appellant Terence Sutton*

Pursuant to Circuit Rule 27(g), Appellant Terence Sutton respectfully requests a seven-day extension of his time to file an opposition to Intervenor Karen Hylton's motion for summary disposition. Hylton does not oppose the motion and does not intend to file any response.

On August 28, 2024, Terence Sutton noticed his appeal of the District Court's July 22, 2024 Order partially denying his motion to dismiss on the grounds of qualified immunity. On October 10, 2024, Intervenor Hylton filed a motion for summary affirmance. Sutton's opposition is due October 21, 2024.

Sutton asks the Court for a one-week extension to file his opposition. Due to the timing of Hylton's motion, the first three days of Sutton's period to respond fell on weekends and holidays on which counsel's office was closed. Only five business days fall between the date the motion was filed and the date the opposition is due. On several of those days, undersigned counsel had preexisting deadlines in other litigation matters as well as a deposition, making it impossible to meet the existing deadline. Counsel needs more time to fully address the issues raised in Hylton's motion, which if granted, would result in the dismissal of Sutton's appeal.

For the same reasons, this motion is filed four, rather than five, days prior to the deadline. Upon receipt of Hylton's motion, counsel hoped to meet the existing

deadline, despite the short timeframe and pre-existing obligations identified above. As soon as it became apparent that this was not possible, Sutton filed this motion.

The Court has not yet entered a briefing schedule, and this is Sutton's first request for an extension. The additional time would not cause any significant delay or prejudice to any party.

Accordingly, Appellant Terence Sutton asks the Court to extend his time to oppose Intervenor Hylton's motion for summary affirmance by seven days to October 28, 2024.

Dated:  October 17, 2024            Respectfully submitted,


    s/*Daniel S. Crowley*
Daniel S. Crowley, Bar No. 989874
CROWLEY SO, LLP
1800 M Street, NW, Ste. 850S
Washington, D.C. 20036
Tel: (202) 232-1907
Fax: (202) 232-1907
dcrowley@crowleyso.com

*Attorneys for Appellee Terence Sutton*

3

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 310 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word Times New Roman, 14-point font, a proportionally spaced typeface.

                                                                                              *s/Daniel S. Crowley*
                                                                                              Daniel S. Crowley

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

                                                                                              *s/Daniel S. Crowley*
                                                                                              Daniel S. Crowley