# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-7123**                                       **September Term, 2024**

1:21-cv-02674-JMC

**Filed On:** December 4, 2024

Amaala Jones-Bey, Next Friend and Mother of Daughter Z.J.B. Individually and soon to be Personal Representative and Administrator of the Estate of Karon Hylton and Karen Hylton,

    Appellees

    v.

District of Columbia, et al.,

    Appellees

Terrence Sutton, Officer,

    Appellant

------------------------------

Consolidated with 24-7122

    **BEFORE:**   Wilkins, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

    **ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

    Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**