# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMAALA JONES-BEY, *et al.*, | : |
| Appellants, | : |
| | : Docket Nos. 24-7122, 24-7123, and 25-7027 |
| v. | : |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Appellees. | : |

## JOINT PROPOSAL ON BRIEFING

The parties submit this response to the Clerk's Order dated March 13, 2025 with a proposed briefing format and briefing schedule agreed to by all parties in these three consolidated appeals.

*Overall proposal.* Consistent with the briefing format that this Court already ordered on February 6, 2025, in Nos. 24-7122 and 24-7123, the five Appellants request to submit three separate opening briefs, each containing no more than 8,500 words, by July 18, 2025. One brief will be submitted by Andrew Zabavsky, another by Terence Sutton, and the other by Carlos Tejera, Cory Novick, and Ahmed Al-Shrawi.

Plaintiff and Plaintiff-Intervenor will respond to the Appellants' briefs by August 18, 2025. Whether consolidated or separate, Plaintiff

1

and Plaintiff-Intervenor will not exceed the word limit granted to appellees collectively (25,500 words).

Appellants further request to submit three separate reply briefs, each containing no more than 4,250 words, by September 19, 2025.

*Briefing format.* It is necessary for the Appellants to file three separate briefs because they intend to raise different issues and their interests on some of the issues will diverge. For example, the theory of liability against appellant Sutton differs from that against appellants Tejera, Novick, and Al-Shrawi, who will challenge the district court's ruling that they may be liable as bystanders who "did nothing to stop Sutton," among other grounds. 7/22/24 Mem. Op. 14. This issue raises the possibility of conflict between those Appellants and Sutton. Similarly, Zabavsky will challenge the district court's ruling that he may be liable as a bystander, as he was not located near the other officers. This issue raises the possibility of conflict between all Sutton, the other Appellants, and Zabavsky.

In addition, Plaintiff-Intervenor did not oppose Zabavsky's motion to dismiss, and as such Zabavsky need only respond to the claims raised

2

by Plaintiff. Zabavsky and Sutton are also represented by separate independent counsel, while Tejera, Novick, and Al-Shrawi are represented by the Office of the Attorney General for the District of Columbia. Accordingly, it would not be appropriate for all Appellants to collaborate on a single brief.

*Briefing length.* Appellants request 8,500 words for each opening brief. This is a unique and complex case that involves the potential liability of police officers involved, in different ways, in the pursuit of a motorist, when that motorist is struck and killed by an uninvolved civilian vehicle. The case requires an analysis of the decedent's substantive due process rights under the Fifth Amendment of the United States Constitution, as well as the application of the doctrine of qualified immunity, to the unique factual allegations of this case. Qualified immunity is "an immunity from suit rather than a mere defense to liability." *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985) (emphasis in original). The Appellants will ask the Court to decide the important question of whether Appellees can avoid dismissal by alleging that Appellants acted with the intent to "harass" or steal

3

money from the motorist, including whether those allegations as to each of the five officers are adequate. Appellants do not believe it is possible to fully address these issues in fewer than 8,500 words.

Appellees request the same number of combined words of all Appellants, so that they have sufficient space to respond to all arguments. They will do their best to brief the matter efficiently.

Appellants request 4,250 words for each of their two reply briefs. This is consistent with Rule 32(a)(7)(B)(ii), which limits reply briefs to half the length of the opening briefs.

*Briefing Schedule.* Appellants request that their opening briefs be filed by July 18, 2025.

Appellees' briefs would be filed by August 18, 2025.

Appellants will file their reply briefs by September 19, 2025.

Dated: March 27, 2025

BRIAN L. SCHWALB
Attorney General for the
District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor
General

/s/ Carl J. Schifferle
CARL J. SCHIFFERLE
Deputy Solicitor General
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6624
(202) 730-1472 (fax)
carl.schifferle@dc.gov

*Attorneys for Appellants Tejera, Novick, and Al-Shrawi*

/s/ Daniel S. Crowley
Daniel S. Crowley, Bar No.989874
CROWLEY SO, LLP
1800 M Street, NW, Ste. 850 S
Washington, D.C. 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
dcrowley@crowleyso.com
*Attorneys for Appellant Terence Sutton*

Respectfully submitted,

/s/ Charles Gerstein
Charles Gerstein
Jason Harrow
GERSTEIN HARROW LLP
1001 G St. NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
(202) 670-4809

*Attorneys for Plaintiff-Intervenor-Appellee Karen Hylton*

/s/ David L. Shurtz
David L. Shurtz
Law Office of David L. Shurtz
1200 North Nash Street
Suite 835
Arlington, VA 22209
dshurtz103@gmail.com
202-617-9141

/s/ Christopher Zampogna
Christopher Zampogna
Bar No. 449851
Zampogna, P.C.
2101 L St NW, Ste 300
Washington, DC 20037
(202)223-6635 ext. 101
caz@zampognalaw.com

*Counsel for Appellant Andrew Zabavsky*

5